**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __New York__
                           (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Orchard Park Equity Associates LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Sheffer Farms |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 1 – 0 7 1 4 9 8 2 |

4. **Debtor's address**

**Principal place of business**

4078    California Road
Number    Street

Orchard Park    NY    14127
City    State    ZIP Code

Erie
County

**Mailing address, if different from principal place of business**

365    Campus Drive
Number    Street

No. 2
P.O. Box

Amherst    NY    14226
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City    State    ZIP Code

5. **Debtor's website** (URL)    shefferfarms.com

Debtor  Orchard Park Equity Associates LLC
Name

Case number (if known)

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  3  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  **Orchard Park Equity Associates LLC**  Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                      MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number     Street
    _____
    _____  _____  _____
    City                                       State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

| Debtor | Orchard Park Equity Associates LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/17/2024
MM / DD / YYYY

X /s/ Edward E. Lewis                    Edward E. Lewis
Signature of authorized representative of debtor    Printed name

Title Managing Member

| Debtor | Orchard Park Equity Associates LLC | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✘ /s/ Samuel L. Yellen             Date  07/17/2024
Signature of attorney for debtor          MM / DD / YYYY

Samuel L. Yellen
Printed name

Samuel L. Yellen, Attorney at Law, PLLC
Firm name

1         Seneca St., 29th Fl. M-2
Number    Street

Buffalo                          NY      14203
City                             State   ZIP Code

(716) 304-2820                   sam@yellenlegal.com
Contact phone                    Email address

5499892                          New York
Bar number                       State

**Fill in this information to identify the case:**

Debtor name: Orchard Park Equity Associates LLC
United States Bankruptcy Court for the: Western District of New York
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | John Rummel<br>2468 Niagara Falls Boulevard<br>Suite 5<br>Tonawanda, NY 14150 | John Rummel<br>(716) 580-0293<br>john.rummel222@gmail.com | Loans | | | | $160,000 |
| 2 | Tahir Bhatti<br>78 Joanie Lane<br>Amherst, NY 14228 | Tahir Bhatti<br>(716)-936-9692<br>bhatti44710@gmail.com | Loan | | | | $47,000 |
| 3 | D'Amoire Construction<br>4684 Dorothy Place<br>Blasdell, NY 14219 | Nora Gregoire<br>(716) 251-0212<br>nora@damoireconstruction.com | Services | | | | $38,899 |
| 4 | Kamran Mazhar<br>2468 Niagara Falls Blvd.<br>Suite 5<br>Tonawanda, NY 14150 | Kamran Mazhar<br>(917) 327-9655<br>kamran@signature-wny.com | Loan | | | | $25,000 |
| 5 | Morning Star Construction Group<br>6111 Hoffman Road<br>Springville, NY 14141 | Robert Raber<br>(716) 662-3388<br>bobr@quakermills.com | Services | | | | $23,763 |
| 6 | Erie County Water Authority<br>Administrative Office<br>295 Main Street, Room 350<br>Buffalo, NY 14203 | Lavonya C. Lester<br>(716) 849-8444 | | | | | $20,589 |
| 7 | Estate of William N. Smith<br>158 Darwin Drive<br>Amherst, NY 14226 | Estate of William N. Smith<br>(716) 335-8739<br>kaikrosdevelopment@yahoo.com | Loan | | | | $20,000 |
| 8 | LJ Quigliano II Construction<br>2395 Lockport Road<br>Sanborn, NY 14132 | Larry Quigliano II<br>(716) 731-9008<br>lquigliano@quigliano.com | Services | | | | $20,000 |

Debtor  **Orchard Park Equity Associates LLC**
_Name_

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Quaker Millwork and Lumber  77 South Davis Street  Orchard Park, NY 14127 | Robert Raber  (716) 662-3388  bobr@quakermills.com | Services | | | | $14,188 |
| 10 | Geoff Weber  P.O. Box 101  Perrysburg, NY 14129 | Geoff Weber  (716) 785-2964  Buellx184@yahoo.com | Loan | | | | $10,000 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name: Orchard Park Equity Associates LLC

United States Bankruptcy Court for the: Western District of New York (State)

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/17/2024          ✗ /s/ Edward E. Lewis
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              Edward E. Lewis
                              Printed name

                              Managing Member
                              Position or relationship to debtor

# United States Bankruptcy Court
## Western District of New York

In re   Orchard Park Equity Associates, LLC
                              Debtor(s)

Case No. _____
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 17, 2024

/s/ Edward E. Lewis
Edward E. Lewis/ Managing Member
Signer/Title

Lakeshore Savings Bank
3111 Union Road
Orchard Park, NY 14127


Paul Lamparelli
82 Larchmont
Buffalo, NY 14214


Lamparelli Construction Company
590 Kennedy Road
Cheektowaga, NY 14227


John Rummel
2468 Niagara Falls Boulevard
Suite 5
Tonawanda, NY 14150


Tahir Bhatti
78 Joanie Lane
Amherst, NY 14228


Kamran Mazhar
2468 Niagara Falls Boulevard
Suite 5
Tonawanda, NY 14150


Estate of William N. Smith
158 Darwin Drive
Amherst, NY 14226


Geoff Weber
P.O. Box 101
Perrysburg, NY 14129

```
Erie County Water Authority
Administrative Office
295 Main Street, Room 350
Buffalo, NY 14203


Morningstar Construction Group
6111 Hoffman Road
Springville, NY 14141


Quaker Millwork and Lumber
77 South Davis Street
Orchard Park, NY 14127


D'Amoire Construction
4684 Dorothy Place
Blasdell, NY 14219


LJ Quigliano II Construction
2395 Lockport Road
Sanborn, NY 14132
```