UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:                                              CHAPTER 11

ORCHARD PARK EQUITY ASSOCIATES LLC                  CASE NO. 1-24-10772-CLB

DEBTOR.                                             HON. CARL L. BUCKI

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Lake Shore Savings Bank, a secured creditor and party-in-interest, appears herein by its counsel, LIPPES MATHIAS LLP, and pursuant to FED. R. BANKR. P. 2002, 7005 and 9010, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address, telephone number and e-mail:

LIPPES MATHIAS LLP
John A. Mueller, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
(716) 362-7614
jmueller@lippes.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may effect, or seek to affect in any way any rights or interests of the above party with respect to the Debtor or any property or proceeds in which the Debtor may claim an interest.

1

PLEASE TAKE FURTHER NOTICE, that the foregoing constitutes a request for service of papers only and is not intended to waive any rights of the above parties, including, but not limited to: (i) the right to contest the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Bankruptcy Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice; (ii) the right to trial by jury should such right be relevant in the course of these proceedings; or (iii) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above party may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated: July 18, 2024
      Buffalo, New York

**LIPPES MATHIAS LLP**

    */s/ John A. Mueller*
John A. Mueller, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
(716) 362-7614
jmueller@lippes.com

· *Counsel to Lake Shore Savings Bank*